**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **ORDER DISMISSING CIVIL ACTION** |
| DEFENDANT(S). | |

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled. However, to date, counsel have:
☐ failed to file the appropriate stipulation for dismissal, or
☐ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:

☐ Other:

IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P. It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Clerk, U. S. District Court

_____          By _____
Date                                                  Deputy Clerk